IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE KNAUB | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GLENN S. UDELL | : |
| | : |
| AFGO MECHANICAL SERVICES, INC. | : NO. 08cv1838 |

O R D E R

**AND NOW**, this 8th day of June, 2009, upon consideration of Plaintiff's Rule 50(b) Motion for Judgment as a Matter of Law, or for New Trial (Document No. 51) and defendants' response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

    s/William H. Yohn Jr.
    William H. Yohn Jr., Judge